MOLINO & BERARDINO, A Professional Law Corporation
Anthony A. Molino, Esq. [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq. [SBN 075820] sberardino@molinolawfirm.com
Michelle Cooper, Esq.  [SBN 093668] mcooper@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant WILSHIRE COMMERCIAL CAPITAL, LLC
Erroneously sued as WILSHIRE CONSUMER CREDIT

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALU BANARJI, individually and on behalf of all others similarly situated, | ) CASE NO.: 14CV2967 BEN KSC<br>) [CLASS ACTION]<br>) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| WILSHIRE CONSUMER CREDIT, | ) |
| Defendant(s). | ) |
| _____ | ) |

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above referenced matter has settled in full.

DATED: May 26, 2017                    MOLINO & BERARDINO, APLC

                                       By:   s/Steven R. Berardino
                                       Attorney for Defendant,
                                       WILSHIRE COMMERCIAL
                                       CAPITAL, LLC. ERRONEOUSLY
                                       SUED AS WILSHIRE CONSUMER
                                       CREDIT

**PROOF OF SERVICE (F.R.C.P. 5 (b) (2) (C))**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Beverly Langworthy, am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action, my business address is 4751 Wilshire Boulevard, Suite 207, Los Angeles, California 90010.

On May 26, 2017 I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT** on the interested parties listed below in this action as follows:

X_ Electronically, pursuant to the CM/ECF system consent to electronic service through the court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed herein who are registered with the Court's CM/ECF System.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America. Executed this 26th day of May 2017, Los Angeles, California.

_____
Beverly Langworthy

**SERVICE LIST**

Alu Banarji v. Wilshire Consumer Credit

Case No.: 14CV2967 BEN KSC

| | |
|---|---|
| Todd M. Friedman, Esq. | tfriedman@attorneysforconsumers.com |
| Adrian R. Bacon, Esq. | abacon@attorneysforconsumers.com |
| Law Offices of Todd M. Friedman, P.C. | |
| 21550 Oxnard Street, Suite 780 | |
| Woodland Hills, California 91367 | |
| | |
| Mohammad Kazerouni, Esq. | mike@kazlg.com |
| Abbas Kazerounian, Esq. | ak@kazlg.com |
| Mona Amini, Esq. | mona@kazlg.com |
| Kazerouni Law Group APC | |
| 245 Fischer Avenue, Suite D1 | |
| Costa Mesa, California 92626 | |
| | |
| Joshua B. Swigart, Esq. | josh@westcoastlitigation.com |
| Hyde & Swigart | |
| 2221 Camino Del Rio South, Suite 101 | |
| San Diego, California 92108 | |