Todd M. Friedman, Esq. (216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALU BANARJI,** individually and on behalf of all others similarly situated, ) ) | Case No.  3:14-cv-02967-BEN-KSC |
| ) ) ) | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| Plaintiff, ) ) | |
| v. ) ) ) | |
| **WILSHIRE COMMERCIAL CAPITAL, LLC dba WILSHIRE CONSUMER CREDIT** ) ) ) ) ) | |
| Defendant. ) ) | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 27th day of June, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Michelle Cooper, Esq.
MICHELLE COOPER,
Attorney for Defendants

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michelle Cooper, counsel for Defendant, and that I have obtained Ms. Cooper's authorization to affix her electronic signature to this document.

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 27th day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Roger T. Benitez
Honorable Magistrate Judge Karen S. Crawford
United States District Court
Southern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 27th day of June, 2017,

s/Todd M. Friedman
TODD M. FRIEDMAN