UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALU BANARJI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE CONSUMER CREDIT,<br><br>Defendant. | Case No.: 3:14-cv-02967-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties, the entire case is dismissed with prejudice as to the Named Plaintiff. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: 6/28, 2017

Hon. Roger T. Benitez
United States District Judge